**FILED**

**APR 16 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

MR: DAVID E. MACKEY #1595-3
Name and Prisoner/Booking Number

_____
Place of Confinement

24511 WEST JAYNE AVE APT.#26
Mailing Address

COALINGA, CALIFORNIA 93210
City, State, Zip Code

          IN PRO PER
**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MR: DAVID E. MACKEY_____,  )
(Full Name of Plaintiff)          Plaintiff,  )
                                            )
                    v.                      )
(IRS)DEPARTMENT OF THE TREASURY             )
(1)INTERNAL REVENUE SERVICE APPEALS OFF,    )
(Full Name of Defendant)  4050 ALPHA ROAD SUITE517,)
(2)MC:8000NDAL_____,  )
   DALLAS.TX 75244                          )
(3)MISS:VANESSA R. BARR,ID:1001305739)
   1-469-801-0679 FAX:1-877-931-5623 )
(4)MELISSA L. SANDER APPEALS TEAM MAN)
AGER, LETTER2681 Defendant(s).          )
☒ Check if there are additional Defendants and attach page 1-A listing them._____)

CASE NO. 2:20-CV 0779-____ AC PC
         (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

                    (IRS) DepARTMENT OF The TreASURY
2.  Institution/city where violation occurred: APPeaLS OFFice;_____.

Revised 3/15/2016                          1

THERE ARE ADDITIONAL DEFENDANTS AND ATTACHMENT PAGE (1-A)

(Rev.4-2018) CATALOG NUMBER 49205B

Re: CLAIM FORM NUMBER: 1040 TAX PERIODS ENDED: 12/2017

AMOUNT OF CLAIM: $861.77

MR: DAVID E. MACKEY                          MY SOCIAL SECURITY No.
24511 WEST JAYNE AVE APT.#26                      -7388
COALINGA, CALIFORNIA 93210

(1-A)

**B. DEFENDANTS**

(IRS)DEPARTMENT OF THE TREASURY

1.    Name of first Defendant: VANESSA R. BARR INTERNAL REVENUE SERVICE APPEALS OFFICE. The first Defendant is employed as:
ID-No.1001305739- 1-469-801-0679 _____ at APPEALS OFFICE _____.
            (Position and Title)                                    (Institution)

2.    Name of second Defendant MELISSA L. SANDER _____. The second Defendant is employed as:
APPEALS TEAM MANAGER _____ at (IRS) APPEALS OFFICE _____.
            (Position and Title)                                    (Institution)

3.    Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
            (Position and Title)                                    (Institution)

4.    Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
            (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.    Have you filed any other lawsuits while you were a prisoner?         ☐ Yes      ☒ No

2.    If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1.    Parties: _____ v. _____
      2.    Court and case number: _____.
      3.    Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1.    Parties: _____ v. _____
      2.    Court and case number: _____.
      3.    Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1.    Parties: _____ v. _____
      2.    Court and case number: _____.
      3.    Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: VANESSA R. BARR, VIOLATED MY CONSTITUTIONAL FEDERAL CIVIL RIGHTS, BY NOT RELEASING MY $861.77

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care

☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation

☐ Excessive force by an officer ☐ Threat to safety ☒ Other: 1040 12/2017 $861.77 .

3. **Supporting Facts**. State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I, MR:DAVID E. MACKEY, DID FILE A APPEAL, WITH THE OFFICE OF APPE ALS, WHICH IS AN INDEPENDENT ORGANIZATION WITHIN THE (IRS) THEY HAD DISALLOWED MY CLAIM ON CHECK No. 403848539882- 201822889100; TAX PERIODS: DEC.31,2017. THE (IRS) ISSUED A CHECK FOR ($861.77) ON AUGUST 24th,2018. ON TUESDAY AUGUST 28th,2018, I SIGNED THE BACK OF MY REFUND CHECK- MR: DAVID E. MACKEY, AND MY SOCIAL SEC- URITY, NUMBER: (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) AND MY DATE OF BIRTH (2/4/43), AND THE DATE AUGUST 28th, 2018. I INADVERTENTLY MAILED THE CHECK BACK

TO THE DEPARTMENT OF THE TREASURY, AND NEVER DID CASH THE CHECK. YOU SAY THAT YOUR RECORDS SHOW THAT I HAD FILED MY CLAIM LATE. AND I DIDN'T RECEIVE THIS LETTER IN REPLY REFER TO:1181502400 UNTEL DEC.DEC.19,2018 LTR 129C 0 (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) 201712 30 00000667 BODC:WI FROM THE (IRS) DEPARTMENT OF THE TREASURY (IRS) ATLANTA GA 39901-0001; ENCLOSURES:COPY OF THIS LETTER ENVELOPE AND FORM (3911) BY JACQUELINE D. FRANCOIS OPERATION (2) MANAGER IF I DID FILE MY CLAIM LATE, IT WAS BECAUSE OF THE GOVERNMENT SHUT DOWN AND WAITING FOR THE (IRS) TO RE-OPEN:

4. **Injury**. State how you were injured by the actions or inactions of the Defendant(s).

I WAS GIVEN MY ($861.77) REFUND CHECK, BY VANESSA R. BARR, AND MELISSA L. SANDER APPEALS TEAM MANAGER: AND I SHOULD RECEIVE MORE INTEREST FOR PAIN AND SUFFERING THAT I'M GOING THOUGH NOW: .

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No

   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. PLEASE SEE COPY OF APPEALS TEAM MANAGER, LETTER 2681 (REV. 4-2018) CATALOG NUMBER 49205B- DATE MARCH 18th,2020. .

3

**CLAIM II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II?                ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?       ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

**CLAIM III**

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Claim III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property       ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.    **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.    **Administrative Remedies.**
    a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☐ Yes   ☐ No
    b.    Did you submit a request for administrative relief on Claim III?          ☐ Yes   ☐ No
    c.    Did you appeal your request for relief on Claim III to the highest level?          ☐ Yes   ☐ No
    d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'M REQUESTING THAT MY RE-FUND CHECK BE GIVEN BACK TO ME, IN THE
AMOUNT OF ($861.77) AND DIRECT DEPOSIT IN TO MY SAVINGS ACCOUNT
ROUTING NUMBER 124003116 - ACCOUNT NUMBER 2161492422; AND THE
PAY TO THE ORDER -MR:DAVID E. MACKEY,   THE BANKS NAME IS ALLY BANK
                    P.O.BOX,13625
              PHILDELPHIA, PA 19101-9946


I declare under penalty of perjury that the foregoing is true and correct.

Executed on __APRIL 9th,2020__
                    DATE

SIGNATURE OF PLAINTIFF
IN PRO PER


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Case 1:20-cv-00624-DAD-BAM   Document 1   Filed 04/16/20   Page 8 of 33

THURSDAY NIGHT          MR:DAVID E. MACKEY#1595-8
APRIL 9th,2020          24511 WEST JAYNE AVE APT.#26
TIME:9:33-PM            COALINGA, CALIFORNIA 93210
                        IN PRO PER

ATTEN:TO: THE UNITED STATES EASTERN DISTRICT OF CALIFORNIA:
          AND THE OFFICE OF THE CLERK,
          501 I STREET #4-200
          SACRAMENTO, CALIFORNIA 95814


I, THE PLAINTIFF MR: DAVID E. MACKEY,IS SENDING IN A COPY OF MY
TRUST ACCOUNT LEGER REPORT: I'M REQUESTING TO FILE MY CASE IN
THIS COURT A 28 U.S.C. SEC. 1343 (a); 42U.S.C. SEC. 1983 CIVIL
RIGHTS COMPLAINT: THANK YOU!


                    SINCERLEY: *Mr. David E. Mackey*


                    APRIL9th,2020



I, THE PLAINTIFF MR: DAVID E. MACKEY, IS ALSO REQUESTING OF THE
COURT CLERK, AND THIS COURT TO GRANT ME, AN ORDER STATING THAT
I'M ORDERED TO HAVE USE OF THE LAW LIBRARY, CALLED THE MOSS-
LANDING LAW LIBRARY, HERE AT COALINGA STATE HOSPITAL. FROM
MONDAYS THUROGH SUNDAYS, AM 9-11, AND PM 1-4- MONDAYS THURGH
SUNDAYS, AND AT NIGHT 5:45 TO 8:45-PM:



I, NEED A COURT ORDER IN ORDER TO MAKE ALL! OF MY COURT DEAD LINE

PLEASE MAKE THE ORDER OVER MR: BRANDON PRICE, THE EXECUTIVE DIREC

TOR, AT DSH- COALINGA, AND ORDER THE SHIFT LEAD <u>ALICIA & DON</u>, TO

HAVE ME, ESCORTED FROM MY UNIT, TO USE THE MOSS LANDING LIBRARY,
AT THE HOURS THAT IT IS OPEN. THAT'S TO HAVE ME, ESCORTED BY OUR
UNIT STAFF!    THANK YOU!


                    SINCERLEY: *Mr. David E. Mackey*


                    APRIL 9th,2020


(1)

Exhibit - 1-(A)

Tuesday Night                    Mr. David E. Mackey
September 10th, 2019              24511 West Jayne Rd Apt.
Time: 10:34-PM                   Coalinga, California 9321
                                 _ _ _ _ _ _ -7388

Atten: To: The IRS Department of The Treasury;
Internal Revenue Service
A USC mail Stop 6579
Austin TX 73301-0059

I would like to file a appeal, with The
office of Appeals which is an independent
organization within the (IRS) you disallowed
my claim on Check No. 4038 48539882 -
201822,889100; Tax Periods: Dec. 31, 2017. you
issued a check for ($861.77) on August 24th,
2018. on Tuesday August 28th, 2018 I, signed
The back of my Refund check Mr. David E. Mackey,
and my social security number ( _ _ _ _ _ -7388)
and my Date of Birth (2/4/43) and the date
August 28th, 2018. I inadvertently mailed the
check, back to The Department of The Treasury,
and never did cash The check.

Mr. David E. Mackey,
24511 West Jayne Ave Apt.#27
Coalinga, California 93210



FOREVER / USA   FOREVER / USA

Atten: To: The (IRS) Department of The -
Treasury;
Internal Revenue Service
AUSC mail Stop 6579
Austin  TX 73301-0059

Mr. David E. Mackey
24511 West Jayne Ave Apt. #27
Coalinga, California 93210



FOREVER / USA   FOREVER / USA

Atten: To: The (IRS) Department of The -
Treasury:
Internal Revenue Service
AUSC Mail Stop 6579
Austin TX 73301-0059

```
                                                        1487000000
                            Sep. 04, 2019    LTR 105C    0
                                 -7388   201712 30
                            Input Op:   1483297321 00002529
```

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA   CA   93210-9503



000686

          with and why you don't agree with each item.
     3.   Provide your name, address, taxpayer identification number,
          daytime telephone number, and a copy of this letter.
     4.   Mail your appeal request to the address at the top of the first
          page of this letter.

To prepare a formal protest:
     1.   Prepare a written statement that you want to appeal to the
          Office of Appeals.
     2.   List the tax periods or years and disallowed items you disagree
          with and why you don't agree with each item.
     3.   Provide your name, address, taxpayer identification number,
          daytime telephone number, and a copy of this letter.
     4.   Include a detailed statement of facts with names, amounts,
          locations, etc., to support your reasons for disputing the
          disallowance.
     5.   If you know the particular law or authority that supports
          your position, identify that law or authority by providing
          a legal citation.
     6.   Sign the perjury statement below and include it with your
          written appeal. If your authorized representative prepares the
          request for an appeal, he or she must sign the statement.
     7.   Mail your written formal protest to the address at the top of
          the first page of this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

     "Under penalties of perjury, I declare that the facts present on
     my written appeal are, to the best of my knowledge and belief,
     true, correct, and complete."

_____        _____
Signature                                Date

_____        _____
Spouse's Signature, if a Joint Return    Date

STATEMENT BY INDIVIDUAL AUTHORIZED TO PRACTICE BEFORE THE IRS

     "Under penalties of perjury, I declare that I prepared the written
     statement and accompanying documents. To the best of my knowledge
     the protest and accompanying documents are true and correct."

_____        _____
Signature of Representative              Enrollment Number   Date

| Form **3911** (June 2014) | Department of the Treasury - Internal Revenue Service **Taxpayer Statement Regarding Refund** | OMB Number 1545-1384 |
|---|---|---|

The box checked below is in reply to your inquiry on 12/19/2018 about your Federal tax return for $861.77

We sent you the following refund(s) $861.77 , $_____ , $_____ on AUG. 24, 2018.

[X] Check   [ ] Direct Deposit

[ ] The U.S. Postal Service returned your check because they could not deliver it.

[X] Your check was not cashed within one year of the issue date as the law requires and it can no longer be cashed.

► If we indicated above that your check was returned by the Post Office or not cashed within one year of the issue date, please complete Sections I and III of this form and send it back to us in the enclosed envelope or facsimile form to _____. We will send you a new check within six weeks of the date we receive this form.

[X] If you did not receive the refund check, or if you received it and it was lost, stolen or destroyed, please complete Sections I, II and III. Send this form back to us in the enclosed envelope or facsimile form to _____.

► If you don't hear from us by six weeks from the date you send the form back to us, please contact us at _____. If you prefer, you may write to us at the service center where you filed your return.

| **Section I** | Print your current name(s), taxpayer identification number (for individuals, this is your social security number, for businesses, it is your employer identification number) and address, including ZIP code. If you filed a joint return, show the names of both husband and wife on lines 1 and 2 below. |
|---|---|

| 1. Your name DAVID E. MACKEY | Taxpayer Identification Number ·7388 |
|---|---|
| 2. Spouse's name (if a name is entered here, spouse must sign on line 14) | Taxpayer Identification Number |

| 3. Street 24511 WEST JAYNE AVE | Apt. No. #27 | City COALINGA, | State CALIF. | ZIP code 93210 |
|---|---|---|---|---|

► Please give us a phone number where you can be reached between 8 a.m. and 4 p.m. Include area code. ► | Area code | Telephone number 559 935-8636 OR 559 935-1258

► If any of the above has changed since you filed your tax return, please enter the information below exactly as shown on your return.

| 4. Name(s) | Taxpayer Identification Number(s) |
|---|---|
| Street | Apt. No. | City | State | ZIP code |

► If you have filed a power of attorney authorizing a representative to receive your refund check, please enter his or her name and mailing address below.

| 5. Name of representative MR; DAVID E. MACKEY | 6. Address (include ZIP code) 24511 WEST JAYNE AVE APT.#27-COALINGA,CA.9321( |
|---|---|

7. Type of return [X] Individual  [ ] Business, Form _____ [ ] Other _____ | Tax period DEC. 31, 2017

Type of refund requested [X] Check [X] Direct Deposit Amount $861.77 | Date filed 4/10/2018

| **Section II** | **Refund Information** (Please check all boxes that apply to you.) |
|---|---|

8. [X] I didn't receive a refund.   [X] I received a refund check, but it was lost, stolen or destroyed.

9. [X] I received the refund check and signed it.

**NOTE:** The law doesn't allow us to issue a replacement check if you endorsed it and someone other than you cashed the check, since that person didn't forge your signature.

10. [X] I have received correspondence about the tax return. (Please attach a copy if possible.) PLEASE READ MY ATTACH LETTI

**(Please give us the following information if possible.)**

11. [X] Name of bank and account number where you normally cash or deposit your checks ALLY BANK

Bank P.O. BOX 13625 PHILADELOHIA,PA 19101-3625 _____ Account number (2161492422)

12. a. If the refund was a direct deposit, did you receive a "Refund Anticipation Loan"? [ ] Yes [X] No

b. Enter the Routing Transit Number(s) 1240033116 , _____ , _____ , and account number(s)

2161492422 , _____ , _____ , shown on your return for the refund you did not receive.

SEPTEMBER 8th, 2018

TIME 6:00 PM

24511 WEST JAYNE AVE APT. 26

COALINGA, CALIFORNIA 93210

SOCIAL SECURITY NUMBER:        7388

ATTEN:TO: DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE

FRESNO, CALIFORNIA 93888-0025

1-800-829-0922

I RECEIVED MY ADJUSTED REFUND:FOR THE AMOUNT OF ($861.77) THE CHECK No.4038-
48539382- 201822889100): ON TUESDAY AUGUST 28th,2018, I SIGNED THE BACK OF
MY REFUND CHECK MR: DAVID E. MACKEY, AND MY SOCIAL SECURITY NUMBER:        7388)
AND MY DATE OF BIRTH    /43 AND THE DATE AUGUST 28TH,2018.

I INADVERTENTLY MAILED THE CHECK BACK TO THE DEPARTMENT OF THE TREASURY
AND NEVER DID CASH THE CHECK.  I ALSO DID RECEIVE TWO LETTER FROM YOUR OFFICE
THE (CP-12 ) NOTICE AUGUST 13th,2018 AND A NOTICE (CP-53) MESSAGE ABOUT MY 2017-
FORM 1040A SAYING THAT MY REFUND CHECK WILL BE SENT TO ME, BY MAIL. AND THATS
JUST FINE WITH ME PLEASE SEND THE CHECK BACK HERE TO ME AND I CAN MAIL IT TO
MY BANK. I WOULD LIKE FOR IT TO BE DIRECT DEPOSIT TO MY BANK. MY SAVINGS ACCOUNT-
NUMBER IS (2161492422) AND ALLY BANK ROUTING NUMBER IS (124003116). THE ADDRESS
IS ALLY BANK

P.O. BOX,13625

PHILADELPHIA, PA 19101-3625

1-877-247-2559

THANK YOU!

SINCERELY: MR: David E. Mackey

MR: DAVID E. MACKEY

SEPTEMBER 8th, 2018

9/8/2018

(1)

Case 1:20-cv-00624-DAD-BAM   Document 1   Filed 04/16/20   Page 16 of 33

| Tax, credits, and payments | 22 | Enter the amount from line 21 (adjusted gross income). | | 22 | $8,499 | 00 |
|---|---|---|---|---|---|---|
| | 23a | Check if: ☒ You were born before January 2, 1953, ☐ Blind<br>☐ Spouse was born before January 2, 1953, ☐ Blind<br>Total boxes checked ► 23a | 1 | | | |
| | b | If you are married filing separately and your spouse itemizes deductions, check here ► 23b ☐ | | | | |
| Standard Deduction for—<br>• People who check any box on line 23a or 23b or who can be claimed as a dependent, see Instructions.<br>• All others:<br>Single or Married filing separately, $6,350<br>Married filing jointly or Qualifying widow(er), $12,700<br>Head of household, $9,350 | 24 | Enter your standard deduction. | | 24 | $6,350 | 00 |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | 25 | $2,149 | 00 |
| | 26 | Exemptions. Multiply $4,050 by the number on line 6d. | | 26 | $4,050 | 00 |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your taxable income. | | ► 27 | 0 | |
| | 28 | Tax, including any alternative minimum tax (see Instructions). | 28   $849  00 | | | |
| | 29 | Excess advance premium tax credit repayment. Attach Form 8962. | 29   0 | | | |
| | 30 | Add lines 28 and 29. | | 30 | $849 | 00 |
| | 31 | Credit for child and dependent care expenses. Attach Form 2441. | 31   0 | | | |
| | 32 | Credit for the elderly or the disabled. Attach Schedule R. | 32   $675  15 | | | |
| | 33 | Education credits from Form 8863, line 19. | 33   0 | | | |
| | 34 | Retirement savings contributions credit. Attach Form 8880. | 34   0 | | | |
| | 35 | Child tax credit. Attach Schedule 8812, if required. | 35   0 | | | |
| | 36 | Add lines 31 through 35. These are your total credits. | | 36 | $675 | 15 |
| | 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | | 37 | $173 | 85 |
| | 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ | | 38 | | |
| | 39 | Add line 37 and line 38. This is your total tax. | | 39 | $173 | 85 |
| | 40 | Federal income tax withheld from Forms W-2 and 1099. | 40   $849  00 | | | |
| If you have a qualifying child, attach Schedule EIC. | 41 | 2017 estimated tax payments and amount applied from 2016 return. | 41   0 | | | |
| | 42a | Earned income credit (EIC). | 42a   E.I.C. | | | |
| | b | Nontaxable combat pay election.   42b   0 | | | | |
| | 43 | Additional child tax credit. Attach Schedule 8812. | 43   0 | | | |
| | 44 | American opportunity credit from Form 8863, line 8. | 44   0 | | | |
| | 45 | Net premium tax credit. Attach Form 8962. | 45   0 | | | |
| | 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your total payments. | | ► 46 | $849 | 00 |
| Refund<br><br>Direct deposit? See Instructions and fill in 48b, 48c, and 48d or Form 8888. | 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you overpaid. | | 47 | $675 | 15 |
| | 48a | Amount of line 47 you want refunded to you. If Form 8888 is attached, check here ► ☐ | | 48a | $675 | 15 |
| | ► b | Routing number [ ][ ].[ ][ ][3][1][1][6]   ► c Type: ☒ Checking  ☐ Savings | | | | |
| | ► d | Account number [ ].[ ][ ][ ][0][0][9][9][ ][ ][ ][ ][ ][ ] | | | | |
| | 49 | Amount of line 47 you want applied to your 2018 estimated tax. | 49   0 | | | |
| Amount you owe | 50 | Amount you owe. Subtract line 46 from line 39. For details on how to pay, see Instructions. | | ► 50 | 0 | |
| | 51 | Estimated tax penalty (see instructions). | 51   0 | | | |

| Third party designee | Do you want to allow another person to discuss this return with the IRS (see Instructions)? ☐ Yes. Complete the following.   ☐ No |
|---|---|
| | Designee's name ► | Phone no. ► | Personal identification number (PIN) ► [ ][ ][ ][ ][ ] |

| Sign here<br>Joint return?<br>See Instructions.<br>Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. | | | | |
|---|---|---|---|---|---|
| | Your signature *Mr. David E. Mackey* | Date 4/10/18 | Your occupation DISABLED | Daytime phone number | |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) [ ][ ][ ][ ][ ][ ] | |

| Paid preparer use only | Print/Type preparer's name | Preparer's signature | Date | Check ► ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ► | | | Firm's EIN ► | |
| | Firm's address ► | | | Phone no. ► | |

Go to www.irs.gov/Form1040A for instructions and the latest information.                     Form 1040A (2017)

🖶 U.S. GOVERNMENT PUBLISHING OFFICE: 2018—403-051/90049

Form
**1040A**    Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**    **2017**    IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DAVID    E. | MACKEY | 2 7388 |

If a joint return, spouse's first name and initial / Last name    | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
24511 W. JAYNE AVENUE    26

Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
COALINGA, CA. 93210

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You ☐ Spouse

Foreign country name    Foreign province/state/county    Foreign postal code

**Filing status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a.
b ☐ Spouse

If more than six dependents, see instructions.

| c **Dependents:** | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ If child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name    Last name | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Boxes checked on 6a and 6b    **1**
No. of children on 6c who:
• lived with you    **0**
• did not live with you due to divorce or separation (see instructions)    **0**
Dependents on 6c not entered above    **0**
Add numbers on lines above ▶    **1**

d Total number of exemptions claimed.

**Income**

**Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.**

**If you did not get a W-2, see instructions.**

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | **7** | $8,499 | 00 |
|---|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required. | **8a** | 0 | |
| b | Tax-exempt interest. Do not include on line 8a.    8b    0 | | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | **9a** | 0 | |
| b | Qualified dividends (see instructions).    9b    0 | | | |
| 10 | Capital gain distributions (see instructions). | **10** | 0 | |
| 11a | IRA distributions.    11a    0 | 11b Taxable amount (see instructions). | **11b** | 0 | |
| 12a | Pensions and annuities.    12a    0 | 12b Taxable amount (see instructions). | **12b** | 0 | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | **13** | 0 | |
| 14a | Social security benefits.    14a    0 | 14b Taxable amount (see instructions). | **14b** | 0 | |
| 15 | Add lines 7 through 14b (far right column). This is your total income. ▶ | **15** | $8,499 | 00 |

**Adjusted gross income**

| 16 | Educator expenses (see instructions). | 16 | 0 | |
|---|---|---|---|---|
| 17 | IRA deduction (see instructions). | 17 | 0 | |
| 18 | Student loan interest deduction (see instructions). | 18 | 0 | |
| 19 | Reserved for future use. | 19 | | |
| 20 | Add lines 16 through 19. These are your total adjustments. | **20** | 0 | |
| 21 | Subtract line 20 from line 15. This is your adjusted gross income. ▶ | **21** | $8,499 | 00 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11327A    Form **1040A** (2017)

**SCHEDULE R**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

# Credit for the Elderly or the Disabled

▶ Complete and attach to Form 1040A or 1040.
▶ Go to *www.irs.gov/ScheduleR* for Instructions and the latest Information.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. 16

| Name(s) shown on Form 1040A or 1040 | Your social security number |
|---|---|
| DAVID E. MACKEY | -7388 |

You may be able to take this credit and reduce your tax if by the end of 2017:

• You were age 65 or older **or** • You were under age 65, you retired on permanent and total disability, and you received taxable disability Income.

But you must also meet other tests. See Instructions.

**(TIP)** In most cases, the IRS can figure the credit for you. See Instructions.

## Part I — Check the Box for Your Filing Status and Age

| If your filing status is: | And by the end of 2017: | | Check only one box: |
|---|---|---|---|
| **Single,** Head of household, or Qualifying widow(er) | **1** You were 65 or older | **1** | ☑ |
| | **2** You were under 65 and you retired on permanent and total disability | **2** | ☐ |
| **Married filing jointly** | **3** Both spouses were 65 or older. | **3** | ☐ |
| | **4** Both spouses were under 65, but only one spouse retired on permanent and total disability | **4** | ☐ |
| | **5** Both spouses were under 65, and both retired on permanent and total disability | **5** | ☐ |
| | **6** One spouse was 65 or older, and the other spouse was under 65 and retired on permanent and total disability | **6** | ☐ |
| | **7** One spouse was 65 or older, and the other spouse was under 65 and not retired on permanent and total disability | **7** | ☐ |
| **Married filing separately** | **8** You were 65 or older and you lived apart from your spouse for all of 2017 . | **8** | ☐ |
| | **9** You were under 65, you retired on permanent and total disability, and you lived apart from your spouse for all of 2017 | **9** | ☐ |

| Did you check box 1, 3, 7, or 8? | — Yes ——▶ | Skip Part II and complete Part III on the back. |
|---|---|---|
| | — No ——▶ | Complete Parts II and III. |

## Part II — Statement of Permanent and Total Disability (Complete only if you checked box 2, 4, 5, 6, or 9 above.)

If: **1** You filed a physician's statement for this disability for 1983 or an earlier year, or you filed or got a statement for tax years after 1983 and your physician signed line B on the statement, **and**

**2** Due to your continued disabled condition, you were unable to engage in any substantial gainful activity in 2017, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

• If you checked this box, you don't have to get another statement for 2017.

• If you didn't check this box, have your physician complete the statement in the Instructions. You must keep the statement for your records.

For Paperwork Reduction Act Notice, see your tax return Instructions.     Cat. No. 11359K     Schedule R (Form 1040A or 1040) 2017

Case 1:20-cv-00644-DAD-BAM   Document 1   Filed 04/16/20   Page 19 of 33

## Part III — Figure Your Credit

**10** If you checked (in Part I):

Box 1, 2, 4, or 7 . . . . . . . . . . . . . . . . . . . .$5,000

Box 3, 5, or 6 . . . . . . . . . . . . . . . . . . . . . .$7,500  } . . . . . . . . . . . . . . | **10** | $5,000 | 00

Box 8 or 9 . . . . . . . . . . . . . . . . . . . . . . .$3,750

> **Did you check box 2, 4, 5, 6, or 9 in Part I?**
> — Yes ——→ You must complete line 11.
> — No ——→ Enter the amount from line 10 on line 12 and go to line 13.

**11** If you checked (in Part I):

• Box 6, add $5,000 to the taxable disability income of the spouse who was under age 65. Enter the total.

• Box 2, 4, or 9, enter your taxable disability income.  } . . . . . . . | **11** | $8,499 | 00

• Box 5, add your taxable disability income to your spouse's taxable disability income. Enter the total.

**TIP** For more details on what to include on line 11, see *Figure Your Credit* in the instructions.

**12** If you completed line 11, enter the smaller of line 10 or line 11. All others, enter the amount from line 10 . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | $5,000 | 00

**13** Enter the following pensions, annuities, or disability income that you (and your spouse if filing jointly) received in 2017.

**a** Nontaxable part of social security benefits and nontaxable part of railroad retirement benefits treated as social security (see instructions). . . . . . . . . . . . . . . . . . . . . . . | **13a** | 0

**b** Nontaxable veterans' pensions and any other pension, annuity, or disability benefit that is excluded from income under any other provision of law (see instructions). . . . . . . . . . | **13b** | 0

**c** Add lines 13a and 13b. (Even though these income items aren't taxable, they must be included here to figure your credit.) If you didn't receive any of the types of nontaxable income listed on line 13a or 13b, enter -0- on line 13c . . . . . . . . . . | **13c** | 0

**14** Enter the amount from Form 1040A, line 22, or Form 1040, line 38 . . . . . . | **14** | $8,499 | 00

**15** If you checked (in Part I):   Enter:

Box 1 or 2 . . . . . . . . $7,500

Box 3, 4, 5, 6, or 7 . . . $10,000  } | **15** | $7,500 | 00

Box 8 or 9 . . . . . . . . $5,000

**16** Subtract line 15 from line 14. If zero or less, enter -0- . . . . . . . . . . . . . | **16** | $999 | 00

**17** Enter one-half of line 16 . . . . . . . . . . . . . . . . . . . | **17** | $499 | 99

**18** Add lines 13c and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | $499 | 99

**19** Subtract line 18 from line 12. If zero or less, stop; you can't take the credit. Otherwise, go to line 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | $4,500 | 01

**20** Multiply line 19 by 15% (0.15) . . . . . . . . . . . . . . . . . . . . . . | **20** | $675 | 15

**21** Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions . | **21** | $748 | 00

**22** Credit for the elderly or the disabled. Enter the smaller of line 20 or line 21. Also enter this amount on Form 1040A, line 32, or include on Form 1040, line 54 (check box c and enter "Sch R" on the line next to that box) . . . . . . . . . . . . . . . . . . | **22** | $675 | 15

♻ Printed on recycled paper      GPO U.S. GOVERNMENT PRINTING OFFICE: 2017—403—061/80691

**IRS** Department of the Treasury
Internal Revenue Service

ATLANTA  GA  39901-0001

Dec. 19, 2018    LTR 129C    0
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    201712 30
                          00000667
                          BODC: WI


DAVID E MACKEY
24511 W JAYNE AVE APT 20
COALINGA  CA  93210


          Taxpayer identification number:      :-7388
                          Tax Periods:  Dec. 31, 2017

                          Form:  1040

Dear Taxpayer:

We are responding to your inquiry dated Sep. 08, 2018.

We issued a check for $861.77 on Aug. 24, 2018. If you don't
receive it within four weeks from that date, complete, sign, and
return Form 3911, Taxpayer Statement Regarding Refund.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

You can get any of the forms or publications mentioned in this letter
by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at
www.irs.gov/formspubs.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____ Hours_____

Thank you for your cooperation.

 **IRS** Department of the Treasury
Internal Revenue Service
AUSC Mail stop 6579
AUSTIN  TX  73301-0059



9307 1107 5620 6786 3652 39

000686.846859.313795.24141 2 MB 0.428 1435

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA  CA  93210-9503

000686

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.    Use for payments
                                 1487000000        Letter Number: LTR0105C
        BODCD-WI                                   Letter Date  : 2019-09-04
                                                   Tax Period   : 201712

*552927388*

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA  CA  93210-9503

INTERNAL REVENUE SERVICE
AUSC Mail stop 6579
AUSTIN  TX  73301-0059

```
                                              1487000000
                          Sep. 04, 2019    LTR 105C    0
                                ·7388    201712 30
                          Input Op:    1483297321 00002530
```

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA   CA   93210-9503

You can get IRS forms or publications from our website at
www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

                          HOW TO CONTACT US

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

You can get the forms or publications mentioned in this letter by
visiting our website at www.irs.gov/forms-pubs or by calling
800-TAX-FORM (800-829-3676).


                           Sincerely yours,



                           Carl W. Horn II, Director
                           Return Integrity Verification Ops


Enclosures:
Copy of this letter
Publication 1
Envelope



```
                                                    1487000000
                        Sep. 04, 2019    LTR 105C    0
                          . 7388   201712 30
                        Input Op:   1483297321 00002529
```

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA  CA  93210-9503

000686

        with and why you don't agree with each item.
    3.  Provide your name, address, taxpayer identification number,
        daytime telephone number, and a copy of this letter.
    4.  Mail your appeal request to the address at the top of the first
        page of this letter.

To prepare a formal protest:
    1.  Prepare a written statement that you want to appeal to the
        Office of Appeals.
    2.  List the tax periods or years and disallowed items you disagree
        with and why you don't agree with each item.
    3.  Provide your name, address, taxpayer identification number,
        daytime telephone number, and a copy of this letter.
    4.  Include a detailed statement of facts with names, amounts,
        locations, etc., to support your reasons for disputing the
        disallowance.
    5.  If you know the particular law or authority that supports
        your position, identify that law or authority by providing
        a legal citation.
    6.  Sign the perjury statement below and include it with your
        written appeal. If your authorized representative prepares the
        request for an appeal, he or she must sign the statement.
    7.  Mail your written formal protest to the address at the top of
        the first page of this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

    "Under penalties of perjury, I declare that the facts present on
    my written appeal are, to the best of my knowledge and belief,
    true, correct, and complete."


    _____     _____
    Signature                                    Date


    _____     _____
    Spouse's Signature, if a Joint Return        Date

STATEMENT BY INDIVIDUAL AUTHORIZED TO PRACTICE BEFORE THE IRS

    "Under penalties of perjury, I declare that I prepared the written
    statement and accompanying documents. To the best of my knowledge
    the protest and accompanying documents are true and correct."


    _____     _____
    Signature of Representative                  Enrollment Number   Date

1487000000
Sep. 04, 2019    LTR 105C    0
-7388   201712 30
Input Op:   1483297321 00002528

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA   CA   93210-9503

the amount of time the law allows you to file a claim for refund or
credit.

If you decide to appeal our decision, send us an explanation of why
you believe you filed your claim on time; for example, you had an
extension of time to file your original tax return. We will consider
your explanation before forwarding your request to the Office of
Appeals.

Please note, reasonable cause or similar explanations that may provide
relief from a penalty for filing a tax return late don't apply to the
time limitations for filing a claim set by law. Exceptions that can
extend the time to file a claim for refund include:

   - Service in a combat zone
   - A claim involving an item with a filing period longer than the
     general three-year period (for example, bad debts and worthless
     securities)
   - Financial disability

Financial disability is the inability to manage financial affairs due
to a medically-determined physical or mental impairment that could
result in death or that lasts (or can be expected to last)
continuously for at least twelve months. A physician's written
statement is required as proof of financial disability. Please review
Publication 556, Examination of Returns, Appeal Rights, and Claims for
Refund, for more information about these exceptions.

You have the right to appeal our decision to disallow your claim.
You can represent yourself before Appeals or you can have an attorney,
certified public accountant, enrolled agent, or any other person
authorized to practice before the IRS represent you. To have someone
represent you, attach Form 2848, Power of Attorney and Declaration of
Representative, (or similar written power of attorney) to your written
statement. If we don't hear from you within 30 days from the date of
this letter, we will process your case with the information we have
now.

For claims $25,000 or less, you can request a small dollar case
appeal. You must prepare a formal protest for a disallowed claim over
$25,000.

To request a small dollar case appeal:
   1.  Prepare a written statement that you want to appeal to the
       Office of Appeals.
   2.  List the tax periods or years and disallowed items you disagree

**IRS** Department of the Treasury
Internal Revenue Service

AUSC Mail stop 6579
AUSTIN  TX  73301-0059

93071107562067863 65239

In reply refer to:  1487000000
Sep. 04, 2019   LTR 105C   0
       -7388  201712 30
Input Op:  1483297321 00002527
                      BODC: WI

DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA  CA  93210-9503

000686

CERTIFIED MAIL

Taxpayer identification number:    _ , -7388
            Kind of tax:   INDIVIDUAL
Date of claims received:  Apr. 21, 2019
        Tax period :  Dec. 31, 2017

Dear Taxpayer:

                WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at
the top of this letter.

WHY WE CAN'T ALLOW YOUR CLAIM

WE HAVE INFORMATION THAT THE FORM(S) W-2, WAGE AND TAX STATEMENT
ATTACHED TO YOUR RETURN FOR THE TAX PERIOD SHOWN ABOVE MISREPRESENTED
YOUR CORRECT INCOME AND/OR FEDERAL TAX WITHHELD AND HAVE BEEN REMOVED.

                WHAT TO DO IF YOU DISAGREE

You can appeal our decision with the Office of Appeals (which is
an independent organization within the IRS) if we disallowed your
claim because our records show that you filed your claim late.
Generally, a claim is late if you filed it after the later of:

    -  3 years from the due date of a timely-filed return without an
       extension
    -  3 years from the date we received a late return or a timely
       filed return with an approved extension
    -  2 years after you paid the tax

In addition, for a claim filed within three years of the date you
filed your tax return, we can only refund or credit the amount you
paid during the three-year period before the date you file the claim
(plus any approved extension of time to file). If you file your claim
more than three years after the date you filed your return, we can
only credit or refund the amount you paid during the two-year period
before the date you file the claim. The Appeals Office can't change

 **IRS** Department of the Treasury
Internal Revenue Service
AUSC Mail stop 6579
AUSTIN   TX   73301-0059





DAVID E MACKEY
24511 W JAYNE AVE APT 27
COALINGA   CA   93210-9503

000686

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for payments
                              1487000000                        Letter Number: LTR0105C
      BODCD-WI                                                  Letter Date  : 2019-09-04
                                                               Tax Period   : 201712

                                      *      7388*

                                      DAVID E MACKEY
      INTERNAL REVENUE SERVICE        24511 W JAYNE AVE APT 27
      AUSC Mail stop 6579             COALINGA   CA   93210-9503
      AUSTIN   TX   73301-0059

ExhibiT- 2-(B)

**Internal Revenue Service**
Office of Appeals
Suite 517, MS 8000 NDAL
4050 Alpha Road
Farmers Branch, TX 75244-4299

Official Business
Penalty for Private Use, $300



neopost
01/14/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300  Penalty
For Private Use
ZIP 75244
041M12120103





9321039503 R002

 **Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
IRS 4050 Alpha Road
Suite 517, MC:8000NDAL
Dallas, TX 75244

**Date:**
01/14/2020
**Person to contact:**
Name: Vanessa R Barr
Employee ID Number: 1001305739
Phone: 469-801-0679
Fax: 877-931-5623
Hours:
**Re:**
Income
**Tax periods ended:**
12/2017
**Conference information:**
Date: 2/5/2020
Time: 11:00AM PST/1:00PM CST
Via telephone:
Call in to: 469-801-0679

DAVID E MACKEY
24511 W JAYNE AVENUE
APT 27
COALINGA, CA 93210

Dear David E Mackey:

The Office of Appeals received your case for possible settlement, and it is assigned to me.

I scheduled a telephone conference above to discuss possible settlement of your case. Call me at the telephone number above as soon as possible if you need to reschedule.

If I don't hear from you, I'll make my determination based on the information I currently have.

**The Appeals process**

Appeals is an independent function within the IRS. Appeals reviews and resolves disputes in a fair and impartial manner by applying the law and court decisions to the facts of your case. I'll consider the facts in your case and try to resolve your dispute with the IRS.

If you're new to Appeals, you may want to read the enclosed publications.

Publication 4227, Appeals: Welcome, includes more details about the Appeals process.

The conference will be informal and we'll discuss facts, arguments, and whether the law supports your position. If you present new information or raise new issues, I may refer your case to the originating office for consideration.

If you have questions about this letter or the Appeals process, you can call me at the number at the top of this letter. You can also visit our website at www.irs.gov/appeals.

**Additional information**

At the conclusion of the Appeals process, an authorized vendor may contact you with a customer satisfaction survey. Your participation is voluntary, and the survey won't ask for personal or financial information. We'll use the results of the survey to improve our processes and service to taxpayers. To verify the authenticity of the survey, you can visit www.irs.gov/css.

**Letter 5157 (Rev. 1-2019)**
Catalog Number 61790J

You can get the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call me at the telephone number at the top of this letter.

Thank you for your cooperation.

Sincerely,

Vanessa R Barr
Appeals Officer

Enclosures:
Publication 4227

Exhibit 3-(c)

**Internal Revenue Service**

Office of Appeals
Suite 517, MS 8000 NDAL
4050 Alpha Road
Farmers Branch, TX 75244-4299

Official Business
Penalty for Private Use, $300



neopost
03/18/2020
US POSTAGE $000.50°

FIRST-CLASS MAIL

US OFFICIAL MAIL
ZIP 75244
041M12120103



93210$9503 R002



**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office**
4050 Alpha Road
Suite 517, MC:8000NDAL
Dallas, TX 75244

Date: **MAR 18 2020**

Person to contact:
 Name: Vanessa R Barr
 Employee ID Number: 1001305739
 Phone: 469-801-0679
 Fax: 877-931-5623
 Hours:
Re:
 Claim
Form number:
 1040
Tax periods ended:
 12/2017
Amount of claim:
 $861.77

DAVID E MACKEY
24511 W JAYNE AVENUE
APT 27
COALINGA, CA 93210

Dear David E Mackey:

We considered your protest and the evidence and arguments submitted in support of the above claim for a refund of tax and/or penalty. The information you submitted provided no basis to allow any part of your claim.

If you want to bring suit or proceeding for the recovery of any tax, penalties, or other moneys, you can file suit with the United States District Court having jurisdiction or the United States Court of Federal Claims. Generally, you must do this within two years from the date on the letter denying your claim, which the IRS Austin Campus mailed to you on 9/4/19. However, if you signed a Form 2297, Waiver of Statutory Notification of Claim Disallowance, the two-year period began on the date you filed that waiver.

For additional overpayment interest, you must file suit within six years from the date of the original scheduled overpayment, in accordance with Title 28 of the United States Code Sections 2401, Time for Commencing Action Against the United States, and 2501, Time for Filing Suit. Your six-year period hasn't been shortened or extended by the filing of your claim or by our reconsideration of your claim.

Please note: Your two-year period hasn't been shortened or extended by our reconsideration of your claim.

At the conclusion of the Appeals process, an authorized vendor may contact you to perform an Appeals customer satisfaction survey. Your participation is voluntary and the survey will not ask for personal or financial information of any kind. We'll use the results of the survey to improve the Appeals process and our service to taxpayers. See the Customer Satisfaction Survey page at www.irs.gov/uac/customer-satisfaction-surveys to learn more about IRS-sponsored surveys and for a list of current and recent vendors.

If you have questions, contact the person at the top of this letter.

Sincerely,

*Melissa L Sander*
Melissa L Sander
Appeals Team Manager

Letter 2681 (Rev. 4-2018)
Catalog Number 49205B