# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MACKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE APPEALS OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00624-BAM (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A 440 CIVIL ACTION |

　　　　Plaintiff David E. Mackey ("Plaintiff") is a civil detainee proceeding *pro se* in this case. On April 16, 2020, Plaintiff filed the complaint commencing this action, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2), in the Sacramento Division of the United States District Court in the Eastern District of California. The Clerk designated the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983. The case was then transferred to the Fresno Division. (ECF No. 4.)

　　　　Upon further review by the Court, it has been determined that the present action is a regular civil action and does not involve a prisoner or detainee litigating the conditions of his confinement.

///

///

1

Accordingly, it is HEREBY ORDERED as follows:

1. The Clerk of the Court shall re-designate this action as a civil action with nature of suit 440; and
2. The Clerk of the Court shall designate the case number in this action as follows: Case No. 1:20-cv-00624-BAM.

IT IS SO ORDERED.

Dated: __**May 6, 2020**__                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE