# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MACKEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE APPEALS OFFICE, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00624-DAD-BAM<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. Nos. 1, 13)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff David E. Mackey ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 18, 2020, the Court screened Plaintiff's complaint and found that he stated a cognizable tax refund claim against the United States pursuant to 26 U.S.C. § 7422, but that he failed to state any other cognizable claims. (Doc. No. 10 at 5–8.) The screening order directed Plaintiff to either file a first amended complaint or notify the Court in writing that he was willing to proceed only on his cognizable claim against the United States. (*Id.* at 8.) Plaintiff filed a notice of his willingness to proceed on the cognizable § 7422 claim against the United States on May 28, 2020. (Doc. No. 11.)

On May 29, 2020, the magistrate judge issued findings and recommendations, recommending that: (1) Plaintiff's § 1983 claims be dismissed with prejudice; (2) Plaintiff's

1

*Bivens* claims be dismissed with prejudice; (3) this action proceed on Plaintiff's tax refund claim under 26 U.S.C. § 7422 against the United States, and that service of the complaint be ordered on the United States; and (4) the complaint be deemed amended to reflect substitution of the United States as the sole defendant in this action upon proper service of process on the United States. (Doc. No. 12.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service. (*Id.*) No objections were filed.

On July 1, 2020, the District Judge issued an order adopting the findings and recommendations, dismissing Plaintiff's § 1983 claims and *Bivens* claims with prejudice, directing that this action proceed on Plaintiff's tax refund claim under 26 U.S.C. § 7422 against the United States and that service of the complaint be ordered on the United States, and ordering that the complaint be deemed amended to reflect substitution of the United States as the sole defendant in this action upon proper service on the United States.  The matter was referred back to the undersigned for further proceedings consistent with the District Court's order.  (Doc. No. 13.)

Pursuant to the District Judge's order adopting the findings and recommendations, this action shall proceed on Plaintiff's tax refund claim under 26 U.S.C. § 7422 against the United States, and service of the complaint shall be ordered on the United States.

Accordingly, the Court HEREBY ORDERS that:

1. Service shall be initiated on the following defendant:

    **United States of America**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed on April 16, 2020, (Doc. No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents, and submit the completed Notice to the Court with the following documents:

    a. One (1) completed summons for each defendant listed above;

    b. One (1) completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed complaint filed on April 16, 2020.

4. Plaintiff need not attempt service on these defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs; and

5. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 2, 2020**          /s/ *Barbara A. McAuliffe*
                  UNITED STATES MAGISTRATE JUDGE

3