UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MACKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00624-DAD-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION** |

The complaint in this action has been deemed amended to reflect substitution of the United States of America as the sole defendant following service. (Doc. No. 13.) According to the docket, the United States of America has been served and has filed an answer. (Doc. Nos. 17, 18.) Accordingly, the Clerk of the Court is directed to amend the caption in this matter to reflect substitution of the United States of America as the sole defendant.

IT IS SO ORDERED.

　　Dated:　**October 7, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1