# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MACKEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 1:20-cv-00624-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 29) |

Plaintiff David E. Mackey is a civil detainee proceeding *pro se* and *in forma pauperis* in this tax refund action against defendant United States of America pursuant to 26 U.S.C. § 7422. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2021, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed with prejudice based on plaintiff's failure to prosecute and failure to obey a court order. (Doc. No. 29.) Those findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within fourteen (14) days. (*Id.*) On November 15, 2021, plaintiff filed an untimely opposition to defendant's motion for summary judgment. (Doc. No. 30.) The next day, plaintiff filed a motion for an extension of twenty-one (21) days to file an opposition brief to defendant's

1

motion for summary judgment.  (Doc. No. 31.)  Defendant filed a response brief objecting to plaintiff's opposition as untimely.  (Doc. No. 32.)  On January 24, 2022, the magistrate judge denied plaintiff's motion for an extension of time, finding that plaintiff "has not established any cause, much less good cause, for the requested extension."  (Doc. No. 33.)

The court may grant an extension of time for good cause upon a party's motion's "if the party failed to act because of excusable neglect."  Fed. R. Civ. P. 6(b).  As the magistrate judge explained, plaintiff has failed to provide any reason upon which the court may grant the requested extension, and also failed to explain why the request for extension, filed more than a month after the opposition brief was due and after the deadline for opposing to the pending findings and recommendations, was delayed.  (Doc. No. 33 at 3.)  Because there was no good cause for the extension was shown, the magistrate judge correctly denied the motion for an extension of time.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's untimely request for an extension of time, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 15, 2021 (Doc. No. 29) are adopted in full;
2. This action is dismissed, with prejudice, due to plaintiff's failure to prosecute and failure to obey a court order; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 10, 2022**

UNITED STATES DISTRICT JUDGE